IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0538

IN THE MATTER OF

A.J.W. and O.J.J.,

Youths in Need of Care.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant K.J. is granted an extension of time until December 19, 2022, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 24 2022